Deverie J. Christensen
Nevada State Bar No. 6596
Stewart Brumbeloe
Nevada State Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendants*
*Golden Entertainment (NV), Inc.,*
*Golden Gaming, LLC, Sierra Gold,*
*And GTS Golden Gaming, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE COOLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC., a Minnesota corporation; GOLDEN GAMING, LLC, a Nevada limited liability company; SIERRA GOLD, a business entity of unknown form; GTS GOLDEN GAMING INC. a business entity of unknown form,<br><br>Defendants. | Case No.: 2:26-cv-01149-RFB-DJA<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT ENTERED ON MAY 29, 2026 AND TO CORRECT NAMED PARTIES** |

Plaintiff Yvette Cooley ("Plaintiff") and named Defendants Golden Entertainment (NV), Inc. ("Golden Entertainment"), Golden Gaming, LLC ("Golden Gaming"), Sierra Gold ("Sierra"), and GTS Golden Gaming Inc ("GTS") (collectively "Defendants"), by and through their counsel, hereby stipulate and agree to the following:

1.  On April 13, 2026, Plaintiff filed her Complaint. ECF No. 1.

2.  On May 22, 2026, Plaintiff filed her Notice of Intent to Take Default. ECF No. 13.

3.  On May 28, 2026, Plaintiff filed her Request for Entry of Default. ECF No. 14.

4.  The Clerk entered Default on May 29, 2026. ECF No. 15.

5.  The same day, Golden Gaming filed its Answer (ECF No. 16), and Defendants Golden Entertainment, Sierra, and GTS filed Motions to Dismiss. ECF Nos. 17-19.

6.  Following the parties' discussions, the parties agreed to the following:

a.  To set aside the Default entered against Defendants on May 29, 2026;

b.  Golden Entertainment will withdraw its Motion to Dismiss filed on May 29, 2026 (ECF No. 19), and will file its Answer to Plaintiff's Complaint no later than June 24, 2026;

d. Defendants Sierra and GTS will voluntarily withdraw their Motions to Dismiss (ECF Nos. 17, 18), and Plaintiff will voluntarily dismiss Sierra and GTS as they are not proper parties;

f.  The operative date for Golden Gaming's Answer is May 29, 2026.

7.  The parties respectfully request that the Clerk amend the caption to remove the dismissed parties (i.e., Sierra Gold and GTS Golden Gaming Inc.).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. The remaining parties will conduct an FRCP 26(f) conference and thereafter submit a proposed Discovery Plan and Scheduling Order no later than June 26, 2026.

**IT IS SO STIPULATED.**

Dated: June 10, 2026                                        Dated: June 10, 2026

GREENBERG GROSS LLP                          JACKSON LEWIS P.C.

*/s/ Marian L. Massey*                                      */s/ Deverie J. Christensen*
JEMMA E. DUNN, ESQ., #16229               DEVERIE J. CHRISTENSEN, ESQ., #6596
MATTHEW T. HALE, ESQ., #16880          STEWART BRUMBELOE, ESQ., #16813
MARIAN L. MASSEY, ESQ., #14579          300 S. Fourth Street, Suite 900
1980 Festival Plaza Drive, Ste. 730            Las Vegas, Nevada 89101
Las Vegas, Nevada 89135
                                                                     *Attorneys for Defendants*
*Attorneys for Plaintiff*                                *Golden Entertainment (NV), Inc,*
*Yvette Cooley*                                            *Golden Gaming, LLC, Sierra Gold, and GTS*
                                                                     *Golden Gaming Inc*

## <u>ORDER</u>

Before the Court is the Parties Stipulation to Set Aside Default (ECF No. 23). Good cause being found, **IT IS HEREBY ORDERED** the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** the entry of default which was entered on May 29, 2026, is **SET ASIDE**. <u>See</u> Fed. R. Civ. P. 55(c).

**IT IS FURTHER ORDERED** the pending motions to dismiss (ECF Nos. 17, 18, 19) are **DENIED** as moot, as Defendants are no longer pursuing them.

**IT IS FURTHER ORDERED** Defendants Sierra Gold and GTS Golden Gaming Inc. are **DISMISSED** from this action.

**IT IS FURTHER ORDERED**  Defendant Golden Entertainment (NV), Inc. has up to, and including, **June 24, 2026**, to file its answer.

The Clerk of Court is kindly instructed to update the docket accordingly.

**DATED:** June 11, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

3